UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH JR.,

                Plaintiff,

      -against-

POLICE OFFICER DARIEL BERNAL,
ARRESTING OFFICER, NEWARK PD;
DOCTOR THAT ORDERED THE
SEDATIVES; JOHN DOE, OFFICER #1
(PARTNER OF A.O.),

                Defendants.

20-CV-9329 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 21, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed

without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C.

§ 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute

while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28

U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 21, 2020
          New York, New York

                                    COLLEEN McMAHON
                            Chief United States District Judge