UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DEREK LURCH, Jr., <br><br> Plaintiff, <br><br> v. <br><br> POLICE OFFICER DANIEL BERNAL, et al., <br><br> Defendants. | Civil Action No. 22-1927 (SDW-ESK) <br><br><br> MEMORANDUM OPINION |

**IT APPEARING THAT:**

1. On April 5, 2022, the United States District Court for the Southern District of New York transferred Plaintiff Robert Derek Lurch Jr.'s prisoner civil rights complaint to this Court because the claims alleged in the complaint occurred in New Jersey. (ECF No. 11.)

2. On April 14, 2022, this Court received a letter from Plaintiff wherein he requested to withdraw this action as a duplicate of Civil Action No. 22-1506, filed in this Court on March 17, 2022.

**IT IS on this 18th day of April 2022**,

**ORDERED** that this action is **DISMISSED with prejudice** as a duplicate of Civil Action No. 22-1506 (SDW-ESK), filed in this Court on March 17, 2022; and it is further

**ORDERED** that the Clerk shall close this matter; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*/s/ Susan D. Wigenton*
———————————————
Hon. Susan D. Wigenton,
United States District Judge

1